# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JO LEVITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:06-cv-00818-DW ) ) |
| MERCK SHARP & DOHME CORP., | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO EXCLUDE THE
## CAUSATION OPINION OF DAVID EGILMAN, M.D.

Merck Sharp & Dohme Corp. moves the Court to exclude the general causation opinions of Plaintiff's expert Dr. David Egilman, who intends to opine that Vioxx is causally associated with an increased incidence of unstable angina. The opinion is methodologically unreliable and unsound, and it must therefore be excluded under Rule 702 of the Federal Rules of Evidence.

Dated: February 21, 2017

Respectfully submitted,

By: */s/ Paul E. Boehm*
    Stephen D. Raber (*pro hac vice*)
    Paul E. Boehm (*pro hac vice*)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    Phone: 202-434-5000
    Fax:    202-434-5029

—and—

Stephen G. Strauss (MO #45018)
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 21, 2017, the foregoing was filed via the Court's e-filing system to be served upon all Counsel of Record:

  Daniel A. Thomas
  HUMPHREY, FARRINGTON, & MCCLAIN PC
  221 W. Lexington, Suite 400
  Independence, MO 64051
  Phone: 816-836-5050

  *Counsel for Plaintiff*

                 */s/ Paul E. Boehm*