# EXHIBIT 4

```
 1        IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  VIOXX                    MDL DOCKET NO. 1657
     PRODUCTS LIABILITY LITIGATION    SECTION L
 4
                                      JUDGE FALLON
 5                                    MAGISTRATE JUDGE KNOWLES
 6   THIS DOCUMENT RELATES TO:
 7   Jo Levitt v. Merck Sharp & Dohme Corp.,
 8   2:06-cv-09757-EEF-DEK
 9   _____
10
11
12        DEPOSITION OF THOMAS ROSAMOND, M.D.,,
13   produced, sworn and examined on behalf of the
14   Defendant, pursuant to Notice, on Friday, the 11th
15   day of September 2015, between the hours of
16   8:25 a.m. and 11:21 a.m. of that day, at the
17   University of Kansas Medical Center, Room B440B,
18   3901 Rainbow Boulevard, in the City of Kansas City,
19   in the County of Johnson, and the State of Kansas,
20   before me, NAOLA C. VAUGHN, KS CCR 0895, CRR, RPR, a
21   Certified Court Reporter, within and for the States
22   of Kansas and Missouri.
23
24
25
```

 1                I'll be candid with you.  There has
 2   been some confusion in this case from the prior
 3   attorneys that were handling the case as to
 4   whether or not Ms. Levitt actually suffered a
 5   quote/unquote heart attack.
 6                And you have testified that based on
 7   the records that she didn't, in fact, suffer a
 8   heart attack; correct?
 9        A.   I said that she -- or meant to say she
10   didn't have a myocardial infarction.  But a heart
11   attack is a lay term that people apply to any
12   acute coronary syndrome presentation.  And she did
13   have that.  And I remember that when I did her
14   heart cath, it appeared to me that she had active
15   thrombus in her LAD.  So to me that's a heart
16   attack, but it's not an infarction.
17        Q.   That explains that so well for me.
18   Thank you very much.
19                If I was looking at the operative
20   report for the stent procedure that was originally
21   done in March of 2000, what verbiage would I look
22   for to tell me if this was a base metal stent
23   procedure or medicated or coated stent procedure?
24        A.   Couple things there.  I don't think we
25   were using coated stents until after that time,