# EXHIBIT 5

Jay N. Schapira, M.D.

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3                         - - -
 4
     IN RE:  VIOXX PRODUCTS       :  MDL DOCKET NO. 1657
 5   LIABILITY LITIGATION         :  SECTION L
                                  :
 6   THIS DOCUMENT RELATES TO:    :
                                  :
 7   Jo Levitt v. Merck Sharp &   :  NO.
     Dohme Corp.                  :  2:06-cv-09757-EEK-DEK
 8
 9                         - - -
10                       VOLUME I
                 Tuesday, April 26, 2016
11
                           - - -
12
13         Videotaped deposition of JAY N. SCHAPIRA,
14   M.D., held at the offices of JAY N. SCHAPIRA, M.D.,
15   Cedars-Sinai Medical Towers, 8635 West Third Street,
16   Suite 750W, Los Angeles, California, commencing at
17   approximately 9:12 a.m., before Rosemary Locklear, a
18   Registered Professional Reporter, Certified Realtime
19   Reporter and California CSR (#13969).
20
21
22                         - - -
23
24              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.591.5672 Fax
25                 deps@golkow.com
```

Jay N. Schapira, M.D.

```
 1   A.      Okay.  Is this Exhibit 5?
 2   Q.      Uh-huh.
 3   A.      It's in here?
 4   Q.      Yes.
 5   A.      Cool.
 6           Got it.  Thanks.
 7   Q.      You see it's -- this document is dated -- or I'm
 8   sorry.  Let me strike that.
 9           You see that your supplemental report, which is
10   a part of your Exhibit 5, is dated January 18th, 2016?
11   A.      Yes, sir.
12   Q.      It's very short; right?
13   A.      Yes.
14   Q.      You just say, after careful review of these
15   materials, I do not feel that any changes to my original
16   report are necessary.
17           That's what you said in January of 2016; right?
18   A.      Correct.
19   Q.      With the exception of a wording change --
20   A.      Correct.
21   Q.      -- on Page 7 --
22   A.      Right.
23   Q.      -- wherein I refer to an acute myocardial
24   infarction and feel that it is more properly stated as
25   acute coronary syndrome.
```