# EXHIBIT 9

## Studies Provided by Dr. Egilman Showing Link Between Vioxx and ACS

- Ray et al., *Cardiovascular Risks of Nonsteroidal Anti-inflammatory Drugs in Patients After Hospitalization for Serious Coronary Disease*, CIRCULATION CARDIOVASCULAR QUALITY OUTCOMES (2014);

- Velentgas et al., *Cardiovascular Risk of Selective Cyclooxygenase-2 Inhibitors and Other Non-Aspirin Non-Steroidal Anti-Inflammatory Medications*, PHARMACOEPIDEMIOLOGY AND DRUG SAFETY (2006);

- Gudbjornsson et al., *Rofecoxib, But Not Celecoxib, Increases The Risk Of Thromboembolic Cardiovascular Events In Young Adults –A Nationwide Registry -Based Study*, EUROPEAN JOURNAL OF CLINICAL PHARMACOLOGY (2010);

- Madigan et al., *Under-Reporting Of Cardiovascular Events In The Rofecoxib Alzheimer Disease Studies*, AMERICAN HEART JOURNAL (2012);

- Mukherjee et al., *Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors*, THE JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION (2001);

- McGettigan, P., Henry D., *Cardiovascular Risk with Non-Steroidal Anti-Inflammatory Drugs: Systematic Review of Population-Based Controlled Observational Studies*, PUBLIC LIBRARY OF SCIENCE (2011), located at http://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.1001098;

- Lekakis et al., *Divergent Effects Of Rofecoxib On Endothelial Function And Inflammation In Acute Coronary Syndromes*, JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY (2006);

- Title et al., *Effect of Cyclooxygenase-2 Inhibition with Rofecoxib on Endothelial Dysfunction and Inflammatory Markers in Patients with Coronary Artery Disease*, JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY (2003);

- Treue et al., *Cardiovascular Safety Of Non-Steroidal Anti-Inflammatory Drugs: Network Meta-Analysis*, THE BRITISH MEDICAL JOURNAL (2011);

- Lindhardsen et al., *Non-Steroidal Anti-Inflammatory Drugs And Risk Of Cardiovascular Disease In Patients With Rheumatoid Arthritis: A Nationwide Cohort Study*, ANNALS OF THE RHEUMATIC DISEASES (2013);

- Bresalier et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, THE NEW ENGLAND JOURNAL OF MEDICINE (2005);

- Baron et al., *Cardiovascular Events Associated With Rofecoxib: Final Analysis Of The APPROVe Trial*, THE LANCET (2008);

- Kerr et al., *Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer*, THE NEW ENGLAND JOURNAL OF MEDICINE (2007); and

- Ross et al., *Pooled Analysis of Rofecoxib Placebo -Controlled Clinical Trial Data*, ARCHIVES OF INTERNAL MEDICINE (2009).