# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JO LEVITT, ) | |
|     Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:06-cv-00818-DW |
| ) | |
| MERCK SHARP & DOHME CORP., ) | |
|     Defendant(s). ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

defendant's motion for judgment on the pleadings pursuant to the statute of limitations is GRANTED, and plaintiff's claims are DISMISSED WITH PREJUDICE.


| April 13, 2017 | Paige Wymore-Wynn |
|---|---|
| Dated | Clerk of Court |
| | |
| April 14, 2017 | /s/ Rhonda Enss |
| Entered | (by) Deputy Clerk |